OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 Defendant’s claim that he was denied his constitutional and statutory right to a particular jury chosen according to law, in whose selection he had a voice
 
 (People v Page,
 
 72 NY2d 69, 73) is not preserved for our review because defendant failed to object to the juror’s dismissal at a time when the trial court could correct the claimed error. (CPL 470.05 [2].) Furthermore, the suppression court did not abuse its discretion in denying defendant’s request for an adjournment
 
 (see, People v Singleton,
 
 41 NY2d 402, 405).
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.